IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD ALEXANDER, BENNIE COLLUM,**                          **PLAINTIFFS**
**DON DAVIS, DUANE GRIMES, JOHN HOUPT,**
**JOHN HOWLAND, JASON PHILLIPS,**
**DWAYNE PRITCHARD, RANDY SCHROEDER,**
**KYLAN UTLEY and ROBERT McNEIL**

vs.                      No. 4:13-cv-650-BSM

**TUTLE AND TUTLE TRUCKING, INC.;**                              **DEFENDANTS**
**TOMMY PAUL TUTLE, Individually and as Officer and**
**Director of TUTLE AND TUTLE TRUCKING, INC.;**
**and GARY TUTLE, Individually and as Officer and**
**Director of TUTLE AND TUTLE TRUCKING, INC.;**
**SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.);**
**SCHLUMBERGER TECHNOLOGY CORPORATION; and**
**SCHLUMBERGER TECHNOLOGIES, INC.**

### PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW Plaintiffs Richard Alexander, Bennie Collum, Don Davis, Duane Grimes, John Houpt, John Howland, Jason Phillips, Dwayne Pritchard, Randy Schroeder, Kylan Utley and Robert McNeil ("Plaintiffs"), by and through their attorneys Josh Sanford and Joshua West of Sanford Law Firm, PLLC, and for their Motion for Partial Summary Judgment ("Motion"), do hereby state and allege as follows:

1. Plaintiffs brought this action against Defendants Tutle and Tutle Trucking, Inc. ("T&T"); Tommy Paul Tutle ("Tommy Tutle"), individually and as officer and director of Tutle and Tutle Trucking, Inc.; and Gary Tutle, individually and as officer and director of Tutle and Tutle Trucking, Inc.; Schlumberger Limited (Schlumberger N.V.)

("Schlumberger"); Schlumberger Technology Corporation ("Schlumberger Corp."); and Schlumberger Technologies, Inc. ("Schlumberger Technologies") (all Schlumberger defendants referred to in the conjunctive *and* disjunctive sense throughout this Motion as "SLB") (all defendants referred to in the conjunctive *and* disjunctive sense throughout this Motion as "Defendants"), for violations of (1) the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA"), and (2) the overtime provisions of the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201 *et seq.* (the "AMWA").

2. In their Answer, Defendants claim that Plaintiffs are not entitled to overtime because Plaintiffs were exempt from the overtime requirements of the FLSA during the relevant period of time due to the Motor Carrier Act exemption.

3. Plaintiffs seek partial summary judgment from this Court as follows: (1) an employer-employee relationship existed between each Plaintiff and Separate Defendant Tutle and Tutle Trucking, Inc. ("T&T"), (2) each Plaintiff's employer-employee relationship with T&T satisfied the "coverage" requirements of the FLSA and AMWA, (3) the Motor Carrier Act Exemption ("MCA Exemption") under the FLSA and AMWA **does not** apply to Plaintiffs, and (4) the proper method of calculating each Plaintiff's regular rate is dividing the weekly rate by 60 hours per week and the proper method of calculating each Plaintiff's overtime rate is 0.5 times the regular rate for all hours over 40 up to 60 per week and 1.5 times the regular rate for all hours over 60 per week.

4. In support of this Motion, Plaintiffs submit a Brief in Support and the following Exhibits:

| Exhibit | Description |
|---|---|
| 1 | Defendant Tutle & Tutle's Answers to Plaintiff Richard Alexander's First Set of Interrogatories and Requests for Production |
| 2 | Plaintiff Richard Alexander's Deposition Excerpts ("Alexander Dep.") |
| 3 | Plaintiff Richard Alexander's Resignation/Termination Sheet |
| 4 | Plaintiff Richard Alexander's Schlumberger E-Journey Report |
| 5 | Plaintiff Duane Grimes's Deposition Excerpts ("Grimes Dep.") |
| 6 | Plaintiff Duane Grimes's Schlumberger E-Journey Report |
| 7 | Plaintiff Benny Collum's Deposition Excerpts ("Collum Dep.") |
| 8 | Plaintiff Benny Collum's Schlumberger E-Journey Report |
| 9 | Plaintiff Dwayne Pritchard's Deposition Excerpts ("Pritchard Dep.") |
| 10 | Plaintiff Dwayne Pritchard's Schlumberger E-Journey Report |
| 11 | Plaintiff Robbie McNeal's Deposition Excerpts ("McNeal Dep.") |
| 12 | Plaintiff Don Davis's Deposition Excerpts ("Davis Dep.") |
| 13 | Plaintiff Don Davis's Schlumberger E-Journey Report |
| 14 | Plaintiff Kylan Utley's Deposition Excerpts ("Utley Dep.") |
| 15 | Plaintiff Kylan Utley's Schlumberger E-Journey Report |
| 16 | Plaintiff John Houpt's Deposition Excerpts ("Houpt Dep.") |
| 17 | Plaintiff John Houpt's Schlumberger E-Journey Report |
| 18 | Plaintiff Jason Phillips's Deposition Excerpts ("Phillips Dep.") |
| 19 | Plaintiff Randy Schroeder's Deposition Excerpts ("Schroeder Dep.") |
| 20 | Plaintiff Randy Schroeder's Schlumberger E-Journey Report |
| 21 | Plaintiff John Howland's Deposition Excerpts ("Howland Dep.") |
| 22 | Plaintiff John Howland's Schlumberger E-Journey Report |
| 23 | Copy of BHP Billiton Inc. Press Release re: Purchase of Chesapeake's Arkansas Shale Oil Assets, available at http://www.bhpbilliton.com/home/investors/news/Pages/Articles/BHP%20Billiton%20Announces%20Acquisition%20Of%20Chesapeake%20Energy%20Corporation's%20Fayetteville%20USA,%20Shale%20Assets.aspx |
| 24 | Copy of Wall Street Journal news article re: BHP Purchase of Chesapeake's Arkansas Shale Oil Assets, available at http://www.wsj.com/articles/SB10001424052748703800204576158834108927732 |
| 25 | Copy of New York Times news article re: BHP Purchase of Chesapeake's Arkansas Shale Oil Assets, available at http://query.nytimes.com/gst/fullpage.html?res=950CE5D7153CF931A15751C0A9679D8B63 |
| 26 | Copy of Bloomberg Business news article re: BHP Purchase of Chesapeake's Arkansas Shale Oil Assets, available at http://www.bloomberg.com/news/articles/2011-02-21/bhp-buys-chesapeake-unit-for-4-75-billion-adding-u-s-shale-gas-assets |
| 27 | Liability Analysis Spreadsheet |

5. Plaintiffs also file with this Motion a Statement of Undisputed Material Facts as to which Plaintiffs contend there is no genuine dispute to be tried.

WHEREFORE, premises considered, Plaintiffs Richard Alexander, Bennie Collum, Don Davis, Duane Grimes, John Houpt, John Howland, Jason Phillips, Dwayne Pritchard, Randy Schroeder, Kylan Utley and Robert McNeil respectfully pray this Court to grant Plaintiffs' Motion for Partial Summary Judgment and to find, hold, order, and decree as follows:

A. An employer-employee relationship existed between Plaintiffs and Separate Defendant Tutle and Tutle Trucking, Inc., during the relevant time;

B. The employer-employee relationship between each Plaintiff and Separate Defendant Tutle and Tutle, Trucking, Inc. satisfied the "coverage" requirement of the FLSA and the AMWA during the relevant time;

C. The Motor Carrier Act Exemption does not apply to Plaintiffs;

D. The Fluctuating Work Week method of calculating damages is inapplicable to Plaintiffs;

E. Each Plaintiff's salary was intended to compensate each Plaintiff for up to 60 hours per week;

F. The regular rate for each Plaintiff is determined by dividing their weekly salary by 60 hours;

G. The overtime rate for the hours that each Plaintiff worked over 40 and up to 60 per week is each Plaintiff's regular rate times 0.5;

H. The overtime rate for the hours that each Plaintiff worked over 60 per week is each Plaintiff's regular rate times 1.5.

Respectfully submitted,

**RICHARD ALEXANDER, BENNIE COLLUM, DON DAVIS, DUANE GRIMES, JOHN HOUPT, JOHN HOWLAND, JASON PHILLIPS, DWAYNE PRITCHARD, RANDY SCHROEDER, KYLAN UTLEY and ROBERT McNEIL, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER,
650 S. SHACKLEFORD SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By:   Joshua West
Ark. Bar No. 2012121
west@sanfordlawfirm.com

and:   /s/ Josh Sanford _____
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, hereby certify that, on the date imprinted by the CM/ECF system, the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Brent Langdon, Esq.
blangdon@ldatty.com
Melissa G. McPherson, Esq.
lisam@ldatty.com
LANGDON DAVIS, L.L.P.
5902 Summerfield, Suite A
Texarkana, Texas 75505-5547
Telephone: (903) 223-3246
Facsimile: (903) 223-5227

Samuel Zurik III, Esq.
Robert P. Lombardi, Esq.
THE KULLMAN FIRM, P.L.C.
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4189
E-Mail: sz@kullmanlaw.com
E-Mail: rpl@kullmanlaw.com

                                        /s/ Josh Sanford
                                        **Josh Sanford**