IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD ALEXANDER, et al.**                                                                 **PLAINTIFFS**

v.                              **CASE NO. 4:13CV00650 BSM**

**TUTLE AND TUTLE TRUCKING, INC., et al.**                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE