# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-2710
_____

Richard Alexander; Bennie Collum; Don Davis; Duane Grimes; John Houpt; John Howland; Jason Phillips; Dwayne Pritchard; Randy Schroeder; Kylan Utley; Robert McNeil

Plaintiffs - Appellants

v.

Tutle and Tutle Trucking, Inc.; Tommy Paul Tutle, Individually and as Officer and Director of Tutle and Tutle Trucking Inc.; Gary Tutle, Individually and as Officer and Director of Tutle and Tutle Trucking Inc.; Schlumberger Limited, (Schlumberger NV); Schlumberger Technology Corporation; Schlumberger Technologies Inc.

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:13-cv-00650-BSM)
_____

## JUDGMENT

Before COLLOTON, GRUENDER, Circuit Judges and BOUGH, District Judge.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 22, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans



15-2710 Richard Alexander, et al v. Tutle and Tutle Trucking, et al "judgment filed sua sponte affirmed" (4:13-cv-00650-BSM)

ca08ml_cmecf_Notify    to:    08/22/2016 09:20 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/22/2016

| | |
|---|---|
| **Case Name:** | Richard Alexander, et al v. Tutle and Tutle Trucking, et al |
| **Case Number:** | 15-2710 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion. STEVEN M. COLLOTON, RAYMOND W. GRUENDER and STEPHEN R. BOUGH, Hrg Apr 2016 [4439751] [15-2710] (Yvette Lisenby)

**Notice will be electronically mailed to:**

Mr. Brent Maurice Langdon: blangdon@ldatty.com, jorr@ldatty.com
Mr. Robert P Lombardi: rpl@kullmanlaw.com, jak@kullmanlaw.com, docket@kullmanlaw.com, rpl@kullmanlaw.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Melissa G. McPherson: lisam@ldatty.com, jorr@ldatty.com
Mr. Josh Sanford: josh@sanfordlawfirm.com, caitlin@sanfordlawfirm.com
Mr. Joshua L. West: west@sanfordlawfirm.com


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/ylisenby_152710_4439751_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/22/2016] [FileNumber=4439751-0]
[5e3f054d9054484beb3c6691cca0a34e4fef60ac96434064fe5230e33af1f09324df216d8dd48c93e

75576f9772950923dfab49695b914b4c719215427385588]]

**Recipients:**
- Mr. Brent Maurice Langdon
- Mr. Robert P Lombardi
- Mr. Jim McCormack, Clerk of Court
- Ms. Melissa G. McPherson
- Mr. Josh Sanford
- Mr. Joshua L. West

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4439751
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 5619486, 5619487, 5619488